117 A.3d 1279

PG PUBLISHING COMPANY, INC. d/b/a
The Pittsburgh Post–Gazette

v.

GOVERNOR'S OFFICE OF ADMINISTRATION and
the Pennsylvania Department of Education

PA Media Group d/b/a The Patriot–News and Pennlive,
Texas–New Mexico Newspapers Partnership, LNP
Media Group, Inc., Intervenors.

Petition of PG Publishing Company, Inc. d/b/a The Pittsburgh
Post–Gazette, & PA Media Group d/b/a The Patriot–News and
Pennlive, Texas–New Mexico Newspapers Partnership, LNP
Media Group, Inc.

No. 60 MM 2015.

Supreme Court of Pennsylvania.

June 29, 2015.

## ORDER

PER CURIAM.

AND NOW, this 29th day of June, 2015, the Application for
Extraordinary Relief is DENIED.